UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br>v.<br><br>CLUB LE'ELEGANT CORPORATION, a Michigan Corporation, D/B/A SPHINX SHOWGIRLS, AND DAVID GROSSMAN, an individual, Jointly and Severally,<br><br>Defendants. | Case no. 2:14-cv-12520-RHC-MJH<br>Hon. Robert H. Cleland<br>Hon. Michael J. Hluchaniuk |

## ORDER FOR ALTERNATE SERVICE
## UPON DEFENDANT DAVID GROSSMAN

This matter is before the court on the Plaintiff's Motion for an Order Allowing Alternate Service of the Summons and Complaint upon David Grossman. The Court has reviewed the Motion, Brief in Support, and the exhibits supplied with the Motion. The Court is satisfied that the Motion should be granted. The Court finds that service upon defendant David Grossman cannot reasonably be made as provided in F.R.Civ.P. 4 or MCR 2.105. Service of process, however, may be made in a manner that is reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. Now therefore,

IT IS HEREBY ORDERED that Service of the Summons and Complaint, or any timely-filed Amended Pleading allowed by the Federal Rules of Civil Procedure, and a copy of this order shall be made by each of the following methods:

1. Sending a copy of the Summons and Complaint by First-class US mail to David Grossman at 17040 Plymouth Road, Detroit, MI 48227; and

2. Sending a copy of the Summons and Complaint by Certified US mail to David Grossman, at 17040 Plymouth Road, Detroit, MI 48227; and

3. Tacking or firmly affixing a copy of the Summons and Complaint to the door at 17040 Plymouth Road, Detroit, MI 48227; and

4. Publishing Notice of the Summons and Complaint once in a Print Media Newspaper of common circulation, such as the Detroit Legal News.

IT IS FURTHER ORDERED that for each method listed above, proof of service must be promptly filed with the court.

IT IS FURTHER ORDERED that compliance with this Order will constitute service of the Summons and Complaint upon David Grossman.

SO ORDERED.

_27 Oct 14_
Date

_/s/ Robert H. Cleland_
Hon. Robert H. Cleland
United States District Judge